1064

THE STATE OF WASHINGTON, *Respondent,* v. DONALD ALLEN PECK, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–1–05915–9, Frank L. Sullivan, J., entered February 13, 1989. *Affirmed* by unpublished opinion per Winsor, J., concurred in by Webster and Baker, JJ.

*In the Matter of the Marriage of* ROBERT P. GOUGHNOUR, *Appellant, and* NANCY L. GOUGHNOUR, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 88–3–00674–3, Gerald L. Knight, J., entered August 22, 1989. *Affirmed* by unpublished opinion per Winsor, J., concurred in by Grosse, A.C.J., and Webster, J.

THE STATE OF WASHINGTON, *Respondent,* v. PETER PARKS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–1–02523–8, Warren Chan, J., entered September 19, 1988. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Pekelis and Forrest, JJ.

THE STATE OF WASHINGTON, *Appellant,* v. JANELLE A. DOUGHERTY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 88–1–01332–9, Robert E. Dixon, J., entered May 3, 1989. *Affirmed* by unpublished opinion per Britt, J. Pro Tem., concurred in by Pekelis and Baker, JJ.